UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| MARCUS CHAMPS, | Civil No. 14-995 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| TOM ROY, *Warden Waupun Correctional Institution*, | |
| Defendant. | |

_____

Marcus Champs, 547388, Waupun Correctional Institution, 200 South Madison Street, P.O. Box 351, Waupun, WI 53963-0351, *pro se* plaintiff,

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, J. Michael Richardson, **HENNEPIN COUNTY ATTORNEY'S OFFICE**, 300 South Sixth Street, Suite C-2000, Minneapolis, MN 55487, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED:**

That the Petition for a writ of habeas corpus is **DENIED** and this action is **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 17, 2015         s/John R. Tunheim
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                  United States District Judge